UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CLINT EDWARDS,
　　　　　　　　　　　Defendant.

19-CR-18 (JPO)

ORDER

　　　　Defendant Clint Edwards has written to the Court requesting clarification as to whether his sentence in this case was intended to be concurrent with certain state court sentences. (ECF Nos. 32-35.)

　　　　When sentence was imposed in this case, the Court made clear that Mr. Edwards' sentence of 36 months' imprisonment was to run concurrent in part (24 months) and consecutive in part (12 months) with his federal sentence imposed by Judge Seibel in 18-CR-163 (S.D.N.Y.). (*See* ECF No. 30 (sentencing transcript) at 14-15.) However, the Court did not address whether the sentence was to be concurrent or consecutive with any state court sentence.

　　　　Judge Seibel has clarified that she has no objection to Mr. Edwards' three-year state court sentence in No. 883-2017 (Orange Co., NY) being concurrent to the sentence she imposed. (*See* No. 18-CR-163, ECF Nos. 67 & 68). And it does appear that when the state court imposed sentence in that case (No. 883-2017) on February 7, 2019, it indicated on the judgment "CONCURRENT TO FEDERAL CASE IN WESTCHESTER CO. [i.e., Judge Seibel's case]." (*See* No. 19-CR-18, ECF No. 35 at 7.)

　　　　The Clerk of Court is directed to mail a copy of this order to Mr. Edwards.

　　　　SO ORDERED.

Dated: August 4, 2025
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge